**MarchUNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **DANA ELLIS**, individually, and on behalf of others similarly situated, | |
| Plaintiff, | Case No. 2:20-cv-10364-GAD-APP |
| v. | Hon. Gershwin A. Drain |
| **PEMC, LLC,** d/b/a **PLAYER'S GENTLEMEN'S CLUB**, jointly and severally, | |
| Defendant. | |

## ORDER OF DISMISSAL

Pursuant to the Notice submitted by the Plaintiff under Federal Rule of Civil Procedure 41(a)(1)(A)(i);

IT IS ORDERED that this action be, and hereby is, dismissed without prejudice as to all claims causes of action.  The Clerk is directed to close the file.

IT IS SO ORDERED.


Dated:  March 13, 2020

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE